UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

**cc: ADR Program**

Case No.:  2:17–cv–05467–PSG–RAO                          Date:  8/15/2018
Title:  PEDRAM CYROUSI V. VINOD KASHYAP ET AL

Present: The Honorable  Philip S. Gutierrez, United States District Judge

Deputy Clerk:  Wendy K. Hernandez            Court Reporter:  N/A

Attorneys Present for Plaintiff:            Attorneys Present for Defendant:
Not Present                                 Not present

PROCEEDINGS: **VACATING SCHEDULING CONFERENCE**

On the Court's own motion, the Scheduling Conference presently set for 8/20/2018 is **VACATED**, and the following dates are hereby set.  Please review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings: <br> (Doe defendants are dismissed as of cut–off to add parties) | 9/20/2018 |
| Discovery Cut–Off: | 2/19/2019 |
| Last Day to File Motion: | 3/4/2019 |
| Opening Expert Witness Disclosure: <br> [See F.R.Civ.P. 26(a)(2)] | 2/26/2019 |
| Rebuttal Expert Witness Disclosure: | 3/26/2019 |
| Expert Discovery Cut–Off: | 4/15/2019 |
| Final Pretrial Conference (2:30 p.m.): | 5/13/2019 |
| Jury Trial (9:00 a.m.): | 5/28/2019 |
| Estimated Length: | 2 |

Initials of Preparer: smo